IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE D. LEE, # AIS 204548 | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 2:08-CV-1017-WKW |
| | ) |
| CHERYL PRICE, *et al.*, | ) |
| | ) |
| Respondents. | ) |

## **ORDER**

On March 28, 2011, the Magistrate Judge filed a Recommendation (Doc. # 19) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 19) is ADOPTED;

2. Petitioner's original petition for habeas corpus relief (Doc. # 1) is DENIED and DISMISSED with prejudice; and

3. Petitioner's amended petition for habeas corpus relief (Doc. # 16) is DISMISSED without prejudice.

DONE this 20th day of April, 2011.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE